UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH YOUNG, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SHOE PLACE CORPORATION, et al.,<br><br>Defendants. | Case No.: 21cv559-JO (MSB)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS** |

In a Notice of Settlement dated May 24, 2023, the parties informed the Court that they have settled Plaintiff's claims on an individual basis. (ECF No. 19 at 2.) The parties are ordered to file their joint motion to dismiss this case, signed by counsel of record and any unrepresented parties, no later than **July 24, 2023**. A proposed order granting the joint motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

/ / /

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

1 | **If the fully executed joint motion to dismiss is not filed by July 24, 2023**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **July 27, 2023** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg. If the parties file their joint motion to dismiss on or before **July 24, 2023**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion to dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: May 24, 2023

Honorable Michael S. Berg
United States Magistrate Judge